**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22602-RUIZ/Louis**

**NANNETTE DALFINO,**

     Plaintiff,

v.

**CARNIVAL CORPORATION,**

     Defendant.

_____/

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, and pursuant to Local Rule 56.1, hereby files this Statement of Material Facts in Support of its Motion for Partial Summary Judgment.

**STATEMENT OF MATERIAL FACTS**

1. Ms. Nannette Dalfino ("Plaintiff") was a fare-paying passenger who boarded the Carnival *Venezia* vessel in New York, New York for a vacation cruise on June 10, 2024. *See* **Exhibit 1** (Movement Report); **Exhibit 2** (Plaintiff's Deposition) at 24:16 – 26:7.

2. On the morning of June 12, 2024, Plaintiff and her sister, Rosemarie Montefusco, met with their traveling companions Diane Dady and Giovanna ("Joanne") Innella at the coffee shop on Deck 10 of the *Venezia*. *Id*. at 32:4 – 23; 36:6 - 19.

3. At around 10:30 a.m., Plaintiff and her traveling companions left the coffee shop and transited across Deck 10 to attend a seminar on a lower deck. *Id*. at 32:13 – 23; 37:19 - 25

4. Ms. Inella decided to use the elevator to descend the vessel to attend the seminar. *Id*. at 37:19 – 38:12.

5.     Plaintiff, Ms. Montefusco, and Ms. Dady decided to use interior staircase #270, located at Deck 10 Forward, to descend the vessel to attend the seminar. *Id*. at 39:9 – 40:2.

6.     While approaching the staircase, Plaintiff did not observe any warning signs. *Id*. at 38:21 – 25.

7.     While approaching the staircase, Plaintiff did not observe any water, liquid, puddle, or transitory substance. *Id*. at 39:1 – 4.

8.     Staircase #270 contains a nosing at the edge of the stairs with an aluminum frame with an anti-slip rubber insert. *See* **Exhibit 3** (Composite Photographs of Staircase Taken by Plaintiff the afternoon of June 12, 2024); **Exhibit 4** (Defendant's Second Supplemental Answers to Interrogatories) at pg. 21.

9.     Ms. Montefusco and Ms. Dady descended staircase #270 ahead of Plaintiff. **Ex. 2** at 39:9 – 40:2. Ms. Montefusco descended the staircase to the left of the center handrail, while Ms. Dady descended the staircase to the right of the center handrail. *Id*. at 39:9 – 40:2; 40:20 – 24.

10.     Plaintiff fell as she attempted to place her right foot on the first tread of the staircase. *Id*. at 41:9 – 43:1.

11.     At the time of Plaintiff's fall, both Ms. Montefusco and Ms. Dady had safely descended the same set of stairs to the landing area. *Id*. at 52:14 – 53:4.

12.     Plaintiff continued descending staircase #270 to reach the seminar. *Id*. at 53:17 – 54:12.

13.     After attending the seminar, Plaintiff visited the ship's onboard medical center that afternoon around 3 p.m. *Id*. at 54:10 – 14; 56:7 – 57:19.

14.     Plaintiff reported to the ship doctor that she did not know what caused her fall. *Id*. at 46:10 – 46:22.

15.     After leaving the medical center, Plaintiff returned to the staircase and took photographs. *Id*. at 60:14 – 61:2; see **Ex. 3.**

16.     It was at this point in time Plaintiff first formed the opinion that the rubber could have caused her to fall. **Ex. 2** at 46:10 – 46:22.

17.     Carnival lacked knowledge of any raised rubber on the nosing of this staircase prior to Plaintiff's fall. **Exhibit 5** (Corporate Representative Deposition) at 51:7 – 51:21.

18.     Plaintiff claims damages stemming from personal injuries including her right shoulder, left wrist, tailbone, left hip, and lumbar spine. *See* **Exhibit 6** (Plaintiff's Answers to Defendant's Initial Interrogatories) at pgs. 3 – 4.

Dated: July 9, 2026

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Walter Cooper Jarnagin*
 Michael J. Drahos
 Florida Bar No. 0617059
 michael.drahos@gray-robinson.com
 W. Cooper Jarnagin
 Florida Bar No. 117767
 cooper.jarnagin@gray-robinson.com
 Ashley Genoese
 Florida Bar No. 1019357
 ashley.genoese@gray-robinson.com