**Movement Detail**

As of : 07/21/2025

| Passenger Pic | Name | Crew ID | Stateroom | DOB | Age | ID Type | Booking Number | Nationality | Gender | Department | Position | Contact | Activity | Seq | Port | Type | Device Name | User | Gangway Location | Datetime | Passenger Type | Emergeny Contact | Emergency Relationship | Emergeny Name | Voyage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DALFINO, NANNETTE | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | ON | 1 | MANHATTAN, NEW YORK CITY, NY | EZSCAN | NYC EZ BOARD 6 | NYC62 | (Embarkation) Guest Port Services | 6/10/2024 11:42:01 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | OFF | 1 | AMBER COVE, DOMINICAN REPUBLIC | EZSCAN | VXSECEZ09 | 566811 | Deck 0 Marshaling Area Aft Port Side | 6/13/2024 10:32:16 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | ON | 1 | AMBER COVE, DOMINICAN REPUBLIC | EZSCAN | VXSECEZ09 | 560515 | Deck 0 Marshaling Area Aft Port Side | 6/13/2024 4:17:53 PM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | OFF | 1 | GRAND TURK | EZSCAN | VXSECEZ10 | 566805 | Deck 0 Marshaling Area Aft Starboard Side | 6/14/2024 8:15:49 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | ON | 1 | GRAND TURK | EZSCAN | VXSECEZ04 | 446188 | Deck 0 Forward Gangway Port Side | 6/14/2024 1:43:57 PM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | OFF | 2 | HALF MOON CAY, THE BAHAMAS | EZSCAN | VXSECEZ11 | 441307 | Deck 0 Marshaling Area Aft Port Side | 6/15/2024 10:08:36 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | ON | 1 | HALF MOON CAY, THE BAHAMAS | EZSCAN | VXSECEZ13 | 446188 | Deck 0 Marshaling Area Aft Starboard Side | 6/15/2024 3:11:50 PM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 09/04/1971 | 52 | P | Z7X8H4 | US | F | | | 9175607278 | OFF | 1 | MANHATTAN, NEW YORK CITY, NY | EZSCAN | VXSECEZ12 | 592099 | Deck 3 Guest Embarkation Forward Starboard Side. | 6/18/2024 8:43:50 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | INNELLA, GIOVANNA | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | ON | 1 | MANHATTAN, NEW YORK CITY, NY | EZSCAN | BCN EZ BOARD 5 | NyC93 | (Embarkation) Guest Port Services | 6/10/2024 11:43:15 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | OFF | 1 | AMBER COVE, DOMINICAN REPUBLIC | EZSCAN | VXSECEZ13 | 569140 | Security Services | 6/13/2024 10:30:19 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | ON | 1 | AMBER COVE, DOMINICAN REPUBLIC | EZSCAN | VXSECEZ09 | 560515 | Deck 0 Marshaling Area Aft Port Side | 6/13/2024 4:08:39 PM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | OFF | 1 | GRAND TURK | EZSCAN | VXSECEZ10 | 566805 | Deck 0 Marshaling Area Aft Starboard Side | 6/14/2024 8:15:02 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | ON | 1 | GRAND TURK | EZSCAN | VXSECEZ02 | 446188 | Deck 0 Forward Gangway Starboard Side | 6/14/2024 1:36:15 PM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | OFF | 1 | HALF MOON CAY, THE BAHAMAS | EZSCAN | VXSECEZ11 | 441307 | Deck 0 Marshaling Area Aft Port Side | 6/15/2024 10:08:22 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | ON | 2 | HALF MOON CAY, THE BAHAMAS | EZSCAN | VXSECEZ10 | 543180 | Deck 0 Marshaling Area Aft Port Side | 6/15/2024 3:11:52 PM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |
| | | | 9205 | 02/04/1969 | 55 | P | Z7X8H4 | US | F | | | 7188664811 | OFF | 1 | MANHATTAN, NEW YORK CITY, NY | EZSCAN | VXSECEZ12 | 592099 | Deck 3 Guest Embarkation Forward Starboard Side. | 6/18/2024 8:43:56 AM | Guest | 9175607193 | SPOUSE | DALFINO, ANGELO | VX20240610008 |

CCL000017