Case 1:25-cv-22602-RAR   Document 38-3   Entered on FLSD Docket 07/09/2025   Page 1 of 7











Case 1:25-cv-22602-RAR   Document 38-3   Entered on FLSD Docket 07/09/2025   Page 6 of 7





Case 1:25-cv-22602-RAR   Document 58-3   Entered on FLSD Docket 07/09/2026   Page 7 of 7