**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22602-RAR**

**NANNETTE DALFINO,**

    Plaintiff,

v.

**CARNIVAL CORPORATION,**

    Defendant.

_____/

## DEFENDANT CARNIVAL CORPORATION'S SECOND SUPPLEMENTAL ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to the Court's rulings during the discovery hearing held on March 5, 2026, hereby serves its Second Supplemental Answers to Plaintiff's First Interrogatories.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via-email on this 19th day of March, 2026 to: Daniel W. Courtney, Esq., dc@danielcourtneylaw.com, maria.wright@danielcourtneylaw.com, tifanny@danielcourtneylaw.com.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley Genoese*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357

1

*Michael.Drahos@Gray-Robinson.com*
*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*

## DEFENDANT'S SECOND SUPPLEMENTAL ANSWERS
## TO PLAINTIFF'S INTERROGATORIES

2.     State any and all claims and/or complaints received by DEFENDANT concerning any and all indoor stairways on the subject ship, for the following time periods: February 25, 2018 through March 14, 2020; July 3, 2021 through June 12, 2024 (5 years of operations excluding the period operations were closed due to Covid-19 pandemic); and June 13, 2024 through December 13, 2024.  For each such claim and/or complaint, please state: (a) the date of the claim and/or complaint, (b) the full name, job/other title, employer, telephone number, email address, and present address of the person making the claim and/or complaint and his/her attorney, if known, (c) the substance of the claim and/or complaint, and (d) the method the claim and/or complaint was made (e.g., written comment card, etc). Please note this Interrogatory includes the time periods for when the subject ship was operated by another corporate entity affiliated with DEFENDANT.

**SUPPLEMENTAL ANSWER:     Pursuant to this Court's ruling during the discovery hearing on March 5, 2026, and pursuant to the agreements subsequently made by the parties pursuant to [DE 25], Defendant supplements this answer as follows:**

**As to complaints received by Defendant concerning carpeted indoor staircases with a metal clip on the *Venezia* see below: Carnival searched the iCare and TGEM databases for responsive information. The search terms used were: "metal nosing", "rubber nosing," "stair nosing", "carpeted stair", "carpeted step", "carpet stair", and "carpet step".**

**iCare can only be searched three years prior to present date, and there were no results found. TGEM (post-cruise guest satisfaction survey database) was searched for the entire responsive period, five years prior to the subject incident, and there were no results found.**

**Further, Costa's customer service data can only be searched since 2023, however all information available would be after the *Venezia* was transferred to Carnival, and thus Costa has no information regarding complaints of carpeted stairs or carpeted step.**

**As to reported claims/onboard incidents received by Defendant concerning carpeted indoor staircases with a metal clip on the *Venezia*, see chart in Defendant's Supplemental Answer to Interrogatory No. 3 below, containing information from the *Venezia*, *Firenze*, *Horizon*, *Vista*, and *Panorama* vessels from June 12, 2019 through June 12, 2024. Defendant makes no representation that any of the responsive incidents are substantially similar to Plaintiff's own alleged incident.**

3.     State any and all claims and/or complaints received by DEFENDANT concerning any and all indoor stairways on any ship in DEFENDANT's fleet, for the following time periods: February 25, 2018 through March 14, 2020; and July 3, 2021 through June 12, 2024 (5 years of operations excluding the period operations were closed due to Covid-19

3

pandemic). For each such claim and/or complaint, please state: (a) the date of the claim and/or complaint, (b) the full name, job/other title, employer, telephone number, email address, and present address of the person making the claim and/or complaint and his/her attorney, if known, (c) the substance of the claim and/or complaint, and (d) the method the claim and/or complaint was made (e.g., written comment card, etc.).

**SUPPLEMENTAL ANSWER:** Pursuant to this Court's ruling during the discovery hearing on March 5, 2026, and pursuant to the agreements subsequently made by the parties pursuant to [DE 25], Defendant supplements this answer as follows:

**As to complaints received by Defendant concerning carpeted indoor staircases with a metal clip on the *Venezia*, *Firenze*, *Horizon*, *Vista*, and *Panorama* see below: Carnival searched the iCare and TGEM databases for responsive information. The search terms used were: "metal nosing", "rubber nosing," "stair nosing", "carpeted stair", "carpeted step", "carpet stair", and "carpet step".**

**iCare can only be searched three years prior to present date, and there were no results found. TGEM (post-cruise guest satisfaction survey database) was searched for the entire responsive period, five years prior to the subject incident. See responsive comments or complaints below:**

| Ship | Sail Date | First | Last | Summary |
|---|---|---|---|---|
| Carnival *Vista* | 9/7/2019 | JOHNNY | TORRES | Tile floors on Lido Marketplace buffet area extremely slippery. Towards the end of cruise even the metal strips on carpeted stairs were slippery. |

**As to reported claims/onboard incidents received by Defendant concerning carpeted indoor staircases with a metal clip on the *Venezia*, *Firenze*, *Horizon*, *Vista*, and *Panorama* vessels from June 12, 2019 through June 12, 2024, see below chart. Defendant makes no representation that any of the responsive incidents are substantially similar to Plaintiff's own alleged incident.**

| Date/Location | Contact Information | Description |
|---|---|---|
| 7/29/2019 Carnival *Horizon* Deck 2 Guest Stairs #160 | Angelique Chappell 3494 Stella Road Brookshire, TX 281-685-3098 | Female guest stated while descending staircase to the lobby/atrium, she slipped and fell on second to last step, sustaining injury. |
| 8/3/2019 Carnival *Horizon* Deck 10 Guest Stairs #60 | Effie Hayes 9830 Edgefield Dr St. Louis 63136 314-723-3164 | Female guest stated while descending guest staircase she stepped on a piece of ice and slipped and fell, sustaining injury. |
| 8/17/2019 Carnival *Vista* | Yolanda Ramirez 4658 Ardenwood Dr Fort Worth, TX | Female guest stated while descending staircase she slipped or tripped on the step and sustained injury. |

4

| | | |
|---|---|---|
| **Lido Deck 10 Guest Stairs #60** | **817-797-7501** | |
| **9/30/2019 Carnival *Vista* Deck 8-9 Guest Stairs #60** | **William Weston III 11280 Vista Sorrento Pky Apt 303 San Diego, CA 951-375-7724** | **Male guest stated while descending guest staircase his right foot slipped and he fell forward sustaining injury to his ankle and wrist.** |
| **10/15/2019 Carnival *Vista* Deck 8-9 Guest Stairs #270** | **K. M. (minor) 1602 Cemetery Road Santa Fe 77517** | **Minor male guest claimed that while running down the forward staircase he jumped from the steps and fell backwards hitting his head and sustaining injury.** |
| **1/20/2020 Carnival *Panorama* Guest Stairs #270** | **K. R. (minor) 12339 Springview Drive Whittier 90604 (562) 287-9668** | **Minor male guest claimed that while running up the stairs he sustained injury to his wrist.** |
| **2/14/2020 Carnival *Horizon* Deck 4 Guest Stairs #270** | **Michael Tindle 6415 Morgan La Fee Ln Fort Myers 33912 (239) 878-4186** | **Male guest stated that while descending staircase he felt ship rocking, lost balance, fell forward, and hit his head sustaining injury.** |
| **8/6/2021 Carnival *Horizon* Deck 7 Guest Stairs #270** | **John Lundblade 3221 E 65th South Idaho Falls 83406 (208) 716-0070** | **Male guest stated that while ascending guest staircase he tripped on the fourth step from the top and sustained a cut to his finger.** |
| **9/7/2021 Costa *Firenze* Deck 3-4 Staircase** | **Anna Detto Via Benevento I Milano, Italy** | **86 year old female guest stated while descending the passenger stairs from Deck 4 to Deck 3 she reported missing the third step, fell forward, and twisted her ankle.** |
| **9/16/2021 Carnival *Vista* Deck 4-5 Guest Stairs #160** | **Cynthia Vashus 38451 CR 810 La Junta 81050 (719) 652-2046** | **Female guest stated that while descending guest staircase she lost her balance on the fourth step from bottom, fell, and hit her shoulder on tiled floor below.** |
| **10/7/2021 Carnival *Panorama* Deck 3-4 Guest Stairs #160** | **Morris Rendahl 708 Rob Roy Pl Temple Terrace 33617 (813) 503-7300** | **Male guest stated that while descending staircase he missed a step and fell forward onto the center landing area, sustaining injury.** |
| **10/10/2021 Costa *Firenze* Deck 6 Passenger Staircase** | **Maria Teresa Aznar Dominguez Romualdo Nogues 10 1o Derecha, Borja, Spain** | **63 year old female guest stated that while descending passenger staircase, she could not see steps properly due to wearing her life jacket, missed the third last step, lost her balance, and fell down, sustaining injury.** |

| | | |
|---|---|---|
| 11/2/2021<br>Costa *Firenze*<br>Deck 3 Passenger<br>Staircase | Camilla Tavola<br>Via S Maria 44a<br>Olginate, Italy | 69 year old female guest stated that while she was in a hurry to go ashore for an excursion, she tripped on the third step of the passenger staircase, losing her balance and falling down on tile floor, sustaining injury. |
| 11/18/2021<br>Costa *Firenze*<br>Deck 7 Passenger<br>Staircase | Jaume Vanrell Torello<br>CR Lleubeig 30<br>Sineu, Spain | Male guest stated that while he was ascending the guest stairs on Deck 7 his foot slipped on the fourth step and he fell. He reported it was his mistake for not holding the hand rail at the time. |
| 11/21/2021<br>Carnival *Vista*<br>Deck 9 Passenger<br>Staircase #270 | Pryesh Tailor<br>1901 Stonewater Dr<br>Nashville 37076<br>(615) 498-0081 | Male guest stated that while descending the staircase he missed a step and fell forward hitting his head and sustained injury. |
| 11/27/2021<br>Carnival *Horizon*<br>Deck 3 Guest Stairs<br>#270 | Virginia Gallardo<br>12349 Parkside Circle<br>Yucaipa 92399<br>(909) 910-8789 | Husband of female guest stated while they were ascending staircase she missed the 5th step and fell forward, sustaining a cut to her hand. |
| 12/4/2021<br>Costa *Firenze*<br>Deck 10 Passenger<br>Staircase | Peter Hayhurst<br>Avenida del Romero 4<br>Montebello Algorfa<br>Alicante, Spain | Male guest stated while descending the stairs he tripped on the last step and fell forward, sustaining injury. |
| 12/5/2021<br>Carnival *Vista*<br>Deck 5 Passenger<br>Staircase #270 | Octavia Crumpler<br>3568 S NC Highway 903<br>Rose Hill<br>(910) 289-1047 | Female guest stated while descending guest stairs she missed the first step from the bottom and fell forward on tiled floor, sustaining injury. |
| 12/6/2021<br>Carnival *Vista*<br>Deck 4 Passenger<br>Staircase #270 | Linda Wegner<br>263 Rayfish Street<br>Corpus Christi<br>(361) 774-9396 | Female guest stated she lost balance and fell while descending staircase to lobby/atrium area, and sustained injury. |
| 12/14/2021<br>Carnival *Panorama*<br>Guest Stairs #160 | Kenneth Traver<br>PO BOX 118<br>Cathedral City 92235<br>(808) 292-6931 | Inebriated male guest stated that while descending the guest stairs he lost balance and fell down. |
| 12/21/2021<br>Carnival *Panorama*<br>Deck 5 Guest Stairs<br>#50 | Bruce Gendron<br>PO BOX 297<br>Frazier Park 93225<br>(805) 573-9919 | Male guest stated he lost footing and fell down, landing in the elevator lobby and sustained injuries. |
| 1/22/2022<br>Carnival *Panorama*<br>Guest Stairs #160 | Donna Jensen<br>7572 Hickam Ave<br>Las Vegas 89129<br>(702) 235-8496 | Male guest stated he missed the last step of the staircase and fell forward on landing area, sustaining injury to ankle. |

| | | |
|---|---|---|
| 1/24/2022<br>Carnival *Horizon*<br>Deck 6-7 Guest<br>Stairs #160 | Norma McQuinn<br>162 Barrett St<br>Grayson 41143<br>(606) 923-8352 | Elderly female guest stated that while descending the guest staircase she lost her balance and fell backwards. |
| 1/30/2022<br>Carnival *Panorama*<br>Deck 4-5 Guest<br>Stairs #270 | Martha Wilburn<br>445 N Wilmot Rd Apt 332<br>Tucson 85711<br>(727) 512-2404 | Female guest stated that while descending staircase with wine in her left hand, she lost footing and fell, causing the broken wine glass to come in contact with her palm. |
| 3/5/2022<br>Carnival *Horizon*<br>Deck 4 Fwd<br>Staircase #270 | Sandra Gillette<br>31 Columbus<br>Irvine 92620<br>(949) 378-9045 | Female guest stated that while descending stairs on Deck 3-4 she missed the second to last step, twisted her ankle, and sustained injury. |
| 3/31/2022<br>Costa *Firenze*<br>Deck 12 Passenger<br>Staircase | Celestina Cristofanelli<br>Via Attio Labeone 5<br>Roma, Italy | 74 year old female guest stated that while in the process of placing her foot on the floor she lost her balance and "twitched" her foot, but did not fall to the floor. |
| 4/3/2022<br>Carnival *Vista*<br>Deck 10-11<br>Staircase #60 | Molly Newton<br>218 Country View Lane<br>Crandall 75114<br>(214) 564-2793 | Female guest stated that while descending the staircase she missed last step, lost balance, fell on knee and her body rolled on ground, sustaining injury. |
| 4/3/2022<br>Costa *Firenze*<br>Deck 12 Passenger<br>Staircase | Grainne Marie Fada<br>192 Lansdowne Road<br>Prenton, United Kingdom | Female guest stated that while ascending the staircase she misjudged her step and fell backwards onto the floor. Investigation revealed guest was under the influence of alcohol and wearing high heeled shoes. |
| 4/7/2022<br>Carnival *Vista*<br>Deck 9-10 Staircase #60 | Valerie McClendon<br>2308 Royal Ln<br>Greenville 75402<br>(903) 455-6364 | Female guest stated that while descending staircase she slipped on the last step and sustained injury to her left elbow and hand. |
| 4/18/2022<br>Carnival *Horizon*<br>Deck 4 Aft Staircase #60 | James Ratcliff<br>2799 Augustine Ct<br>Deltona 32738<br>(828) 335-7664 | Male guest stated that while descending the staircase to lobby/atrium, he slipped and fell sustaining injury to right ankle and foot. |
| 5/8/2022<br>Carnival *Horizon*<br>Deck 4 Fwd<br>Staircase #270 | Timothy Sheehan<br>Greenbrier 308<br>West Palm Beach 33417<br>(516) 417-0832 | Male guest stated that while descending from Deck 5-4 to lobby/atrium area, he missed the last step and fell forward onto marble tiled floor, sustaining injury. |
| 5/10/2022<br>Carnival *Horizon* | Cindy Thompson<br>2432 Cimarron Circle<br>Midland, NC | Female guest stated she tripped and fell while descending the staircase |

| | | |
|---|---|---|
| Deck 1 Fwd Staircase #270 | (704) 718-0117 | during debarking and going ashore to port, and sustained injury. |
| 5/29/2022 Carnival *Panorama* Deck 3 Guest Stairs #270 | J. C. (minor) 1928 Mesa 7TH AVE 85204 (480) 819-2904 | Mother of minor male guest stated while cousin was carrying her son, ascending the staircase, she tripped and both fell forward, with minor male guest sustaining injury to lip. |
| 6/12/2022 Carnival *Panorama* Deck 4-5 Guest Stairs #270 | Patricia Lowery 1216 Riverside Dr SE Saint Cloud 56304 (320) 250-9448 | Female guest stated while descending the staircase she lost her balance due to intoxication, fell forward, and sustained laceration to eyebrow. |
| 6/15/2022 Carnival *Vista* Deck 0 Fwd Staircase #270 | B. H. (minor) 2006 Razorback Cir Texarkana 71854 (903) 824-7457 | Father of female minor guest stated that while descending she hit her right foot on the edge of stair and sustained laceration between toes. |
| 7/1/2022 Carnival *Vista* Deck 10 Mid Staircase #160 | Cambra Mulherin 409 Cortopassi St. Madera 93637 (559) 474-2592 | Female guest stated that while descending stairs in the Marketplace area she slipped on second step falling backwards and sustaining injury to right elbow and back. |
| 7/4/2022 Costa *Firenze* Deck 3 Passenger Staircase | V. P. (minor) Calle Fernando Fernan Gomez n3 Portal 2 2a Alcala de Henares, Poland | 11 year old minor female guest stated that while descending the staircase leading to teen zone she misjudged her step and twisted her foot causing her to lose balance and her younger sister was dragged down during the fall. |
| 7/16/2022 Carnival *Horizon* Deck 4-5 Mid Staircase #160 | Gregory Marrisette 8248 Red Carnation Ct Lorton, VA (580) 647-8668 | Male guest stated that while descending staircase his sneaker caught on the anti-skid strip on the 4th-5th step causing his right leg to lose balance and get twisted. |
| 7/25/2022 Carnival *Horizon* Deck 9 Aft Staircase #60 | J. R. (minor) 7536 162ND St Tinley Park 60477 (708) 674-3935 | Minor guest stated that while descending he slipped on a wet step and fell forward, sustaining injury to arm. |
| 7/30/2022 Carnival *Vista* Deck 11 Fwd Staircase #160 | Richard Lam 11211 Stoney Meadow Dr Houston 77095 (713) 446-3795 | Male guest stated that while descending the staircase he miscalculated the 2nd to last step and stumbled down to his knee. |
| 8/9/2022 Costa *Venezia* Deck 5-6 Passenger Staircase | Fabian Granell Sevillano Cronista Carreres 1139 Valencia Spain | 20 year old male guest stated while descending an internal staircase, his sandal unfastened, causing him to stumble over a step and twisted his ankle sustaining an injury. |

| | | |
|---|---|---|
| 9/10/2022<br>Carnival *Panorama*<br>Deck 11 Guest<br>Stairs #270 | Christophe Mendoza<br>16650 Angelica Ct<br>Riverside 92503<br>(951) 265-3978 | Male guest stated while intoxicated he was walking towards the staircase to descend when he missed the first step and sustained injury to chin. |
| 10/24/2022<br>Carnival *Vista*<br>Deck 1-2 Aft<br>Staircase #60 | Sandra Blaine<br>1100 East 7th Street<br>Sweeny, TX<br>979-548-3233 | Female guest stated her right foot sandal got caught on the 3rd steps strip causing her to lose balance and roll down to the landing area, sustaining injury. |
| 10/31/2022<br>Costa *Venezia*<br>Deck 8 Passenger<br>Staircase | Romeo Sandri<br>Via Del Molina a<br>Vento 67<br>Trieste, Italy | 81 year old male guest stated that while ascending the staircase he tripped on the third stair and bumped his right hand on the floor, sustaining injury. |
| 11/10/2022<br>Costa *Firenze*<br>Deck 4-5 Passenger<br>Staircase | Jose Maria Reyes<br>Pallares<br>C Josep Coroleu 155<br>At 1 Villanova I La<br>Geltru, Spain | 69 year old male guest stated while he was descending on the passenger stairs he misjudged a step and missed/skipped one step causing him to stumble and hitting head on tiled floor, sustaining injury. |
| 11/17/2022<br>Carnival *Vista*<br>Deck 3-4 Aft<br>Staircase #60 | Cindy Smith<br>470 Rhoades Ln<br>Springtown 76082<br>(817) 304-0218 | Female guest stated that while descending stairs she might have missed or slipped on 2nd or 3rd step, falling and sustaining injury to nose and shin. |
| 12/6/2022<br>Carnival *Horizon*<br>Deck 8 Fwd<br>Staircase #270 | Mazy Collins<br>1529 Cleveland Ave<br>SW<br>Birmingham 35211<br>(205) 563-1900 | Female guest stated that while descending the staircase she tripped on second step from top falling forward and sustaining laceration on forehead. |
| 12/14/2022<br>Costa *Firenze*<br>Deck 2-3 Passenger<br>Staircase | Moacir Antonio<br>Suckow<br>Rua Eloi de Assis<br>Fabris<br>Curitiba, Brazil | 77 year old male guest stated while he was descending the stairs he misjudged a step, skipped one stair step, and he lost balance and fell forward, sustaining injury to his chest and lip. |
| 12/15/2022<br>Carnival *Horizon*<br>Deck 2 Fwd<br>Staircase #270 | Donna Wheless<br>512 Glen Cir<br>Asheboro 27203<br>(336) 318-5320 | Female guest stated that while descending the staircase her flip flop got caught/stuck on the anti-skid strip and she lost balance and fell, causing injury. |
| 12/16/2022<br>Carnival *Vista*<br>Deck 3 Lobby Stair<br>#60 | D. F. (minor)<br>5259 Rue Maria<br>Alexandria 71303<br>(225) 931-7294 | Minor guest stated he tripped and fell while descending Deck 3 lobby staircase near Horizon dining room. |

| | | |
|---|---|---|
| 12/25/2022<br>Costa *Firenze*<br>Deck 9-10 Passenger Staircase | I. L. (minor)<br>Rua Passeio das Palmeiras 321 casa 263<br>Sao Carlos, Brazil | Father of 11 year old minor female guest stated that while his daughter was playing a running game with another guest, she descended the staircase and her right foot got twisted and she lost balance and fell forward, sustaining injury to her lower leg. |
| 12/27/2022<br>Carnival *Horizon*<br>Deck 8-9 Aft Staircase #60 | Cassandra Wade<br>2231 Seton Way<br>District Hts 20747<br>(301) 509-5606 | Female guest stated while descending staircase she missed the first step from top and fell down the staircase to landing area sustaining injury. |
| 12/27/2022<br>Costa *Firenze*<br>Deck 9-10 Passenger Staircase | J. V. (minor)<br>Rua Diogo Jacome 1030<br>Sao Carlos, Brazil | Mother of 5 year old minor female guest stated that while she was carrying her daughter and descending the staircase, she misjudged a step, dropped her child, and the child sustained injury to her knee. |
| 1/15/2023<br>Carnival *Vista*<br>Deck 5-6 Mid Staircase #160 | Hannah Lord<br>10200 Stone Gate Dr<br>Conroe 77385<br>(346) 946-5073 | Female guest stated while walking down the stairs with drinks in her hand she was having a balancing issue and missed a step, fell, and landed on her back, sustaining injury. |
| 1/16/2023<br>Carnival *Vista*<br>Deck 6-7 Aft Staircase #60 | Susan Webb<br>6532 Leavenworth Trail<br>Calera 74730<br>(903) 361-3496 | 70 year old female guest stated while descending the staircase she accidentally stumbled or tripped and sustained injury. |
| 1/23/2023<br>Carnival *Horizon*<br>Deck 5 Aft Staircase #60 | Juan Rodriguez<br>1170 Timberlake Dr W<br>Cordova 38018<br>(901) 246-9080 | Severely intoxicated male guest missed step while descending stairs and fell straight down to Deck 4, sustaining injury. |
| 1/23/2023<br>Costa *Firenze*<br>Deck 5-6 Passenger Staircase | Elionora Hilgrt Duarte<br>Rua Joao Paetzel 997<br>Porto Alegre, Brazil | Female guest stated that while descending she misjudged the last step of the staircase and twisted both of her ankles, sustaining injury. |
| 1/28/2023<br>Carnival *Vista*<br>Deck 4 Aft Staircase #60 | Barbara Henderson<br>13254 County Rd 287D<br>Kilgore 75662<br>(903) 238-6400 | Female guest stated that while descending staircase she missed the top step of the stairs and tumbled, hitting her head on the landing area, sustaining injury. |
| 1/29/2023<br>Carnival *Horizon*<br>Deck 2-3 Aft Staircase #60 | Sally Snyder<br>107 Cedar Drive<br>Kittanning 16201<br>(724) 525-3580 | Female guest stated that while descending the staircase she missed the last step of the stairs and twisted her ankle, sustaining injury. |

| | | |
|---|---|---|
| 1/29/2023<br>Costa *Firenze*<br>Deck 7-8 Passenger<br>Staircase | Helvecio Jose De Almeida<br>Rua Guararapes 41<br>Sao Paulo, Brazil | Male guest stated that while descending the staircase and looking at people passing by, he misjudged the second step of staircase and hit his head on the edge of the staircase, sustaining injury. |
| 2/4/2023<br>Carnival *Panorama*<br>Deck 3-4 Staircase | Kaitlyn Baker<br>1929 Cypress Ct NE Unit 6<br>Menomonie 54751<br>(715) 308-0279 | Female guest stated that while descending the staircase she twisted her ankle on the 3rd step from landing area and fell forward onto tiled floor, sustaining injury. |
| 2/17/2023<br>Carnival *Vista*<br>Deck 8-9 Aft Staircase #60 | Nancy Moore<br>483 Oil Field Rd<br>Elm Grove 71051<br>(318) 230-6990 | Female guest stated that while descending staircase her foot got caught on the 3rd step, she lost balance, and fell, sustaining injury. |
| 2/25/2023<br>Costa *Firenze*<br>Deck 8 Passenger Staircase | Leticia Alves E Silva<br>Av Lauro Gomes N 5901 Apto 72 Bloco 3<br>Brodowski, Brazil | 25 year old female guest stated that while descending the staircase she twisted her right foot on the 4th step sustaining injury. She reported not holding the staircase handrail. |
| 2/26/2023<br>Carnival *Horizon*<br>Deck 5-6 Aft Staircase #60 | C. K. (minor)<br>1932 N 2895 W<br>Clinton 84015<br>(801) 388-6142 | Minor guest stated that while ascending/running up the guest staircase he struck his right knee on one step sustaining laceration injury. |
| 2/26/2023<br>Carnival *Vista*<br>Deck 10 Mid Staircase #160 | Brian Birge<br>703 College<br>Stephenville TX<br>(254) 592-5070 | Male guest stated that he lost balance on first step of staircase and fell down, sustaining injury to left elbow. |
| 2/26/2023<br>Carnival *Vista*<br>Deck 6-7 Staircase #270 | Patricia Shuck<br>803 6th Street<br>Edgar 68935<br>(402) 224-1380 | Female guest stated that she caught the toe of her shoe on the metal plate on the wall, causing her to trip on the edge of a step of stairs on Deck 6. |
| 2/27/2023<br>Costa *Firenze*<br>Deck 3-4 Passenger Staircase | Carlos Valenti<br>(*no reported address*)<br>Sao Paulo, Brazil | 68 year old male guest stated while ascending staircase from Deck 3 to Deck 4 he misjudged the first step and fell forward hitting his shoulder on tiled floor, sustaining injury. |
| 3/8/2023<br>Carnival *Horizon*<br>Deck 9 Mid Staircase #160 | Patricia Feiste<br>1929 Royal Heir Dr<br>Ofallon 63366<br>(314) 440-6433 | Female guest stated while descending staircase she tripped and fell sideways hitting head against floor, sustaining injury. |
| 3/12/2023<br>Costa *Firenze*<br>Deck 10 Passenger Staircase | Antonio Carlos Neves<br>Rua Elesbao do Carmo n 272<br>Salvador, Brazil | 84 year old male guest stated while descending the stairs he slipped on the 4th step and hit his arm on the staircase, sustaining injury. |

11

| | | |
|---|---|---|
| 3/14/2023 Carnival *Vista* Lobby/Atrium Staircase #60 | R. S. (minor) 711 Service St Houston 77009 (832) 907-1711 | Parents of minor guest stated that while he was descending staircase he lost balance and fell down stairs to landing area. |
| 3/20/2023 Carnival *Vista* Deck 5 Staircase #160 | J. R. (minor) 310 East St. John England 72046 (501) 231-7913 | Grandparents of minor guest stated that while ascending staircase he tripped onto the edge of steps and fell forward, sustaining injury. |
| 3/24/2023 Carnival *Vista* Deck 2 Fwd Staircase #270 | John Murphy IV 205 Walton Dr Eureka 63025 (254) 716-1247 | Male guest claimed that while descending steps looking at a piece of paper, he missed last step of staircase to Deck 2 lobby and fell, sustaining injury. |
| 3/29/2023 Carnival *Panorama* Deck 6 Fwd Staircase #270 | A. A. (minor) 9327 Sapphire Ave Hesperia 92344 (626) 731-8097 | Father of male guest stated while his son was descending staircase he hit his left leg on the side railing and fell forward causing injury to his right shoulder. |
| 4/8/2023 Carnival *Vista* Deck 10 Aft Staircase #60 | Harley Hightower 10933 Reliance Creek Dr Austin 78754 (512) 665-4119 | Female guest stated while descending staircase she slipped on the second step from top and fell a few steps onto floor, sustaining injury. |
| 4/10/2023 Carnival *Vista* Deck 10 Aft Staircase #60 | Floralva Flippo Hopkins 3518 Galveston Trail San Antonio 78253 (210) 473-4843 | Female guest stated while descending staircase she missed the last step before landing, lost balance, and fell. |
| 4/10/2023 Carnival *Vista* Deck 4 Fwd Staircase #270 | Brenda Cheathum 7905 Apache road Little Rock 72205 (501) 993-2221 | Female guest stated that while trying to maneuver through a crowd she "got tripped up" and fell forward on the staircase. |
| 4/15/2023 Carnival *Panorama* Deck 5 Fwd Staircase #270 | Larry Kupferer 1815 Camas Ave NE Renton 98056 (206) 979-3766 | Male guest stated that while ascending the staircase his foot slipped and he fell forward, sustaining injury. |
| 4/15/2023 Carnival *Panorama* Deck 6 Landing Area of Stair #60 | Anastacio Escobedo III 13905 St Patricio Dr McAllen 78504 (619) 672-2315 | Male guest stated while ascending staircase he lost his balance and fell backwards hitting head and sustaining injury. |
| 4/15/2023 Carnival *Vista* Deck 2 Staircase #270 | R. L. (minor) 3034 Bonham St Paris, TX (903) 669-2904 | Minor female guest stated while descending staircase she tripped on the last step and fell forward, sustaining injury. |
| 4/21/2023 Carnival *Panorama* | Cassandra Haynes 160 Woodstock Ct | Female guest stated that while ascending staircase she twisted her |

| | | |
|---|---|---|
| **Aft Staircase #60** | **El Sobrante 94803** **(504) 975-3565** | **left ankle, fell sideways, and sustained injury.** |
| **4/30/2023** **Carnival *Panorama*** **Deck 7-8 Aft Staircase #60** | **Robert Champ** **35165 Avenue E** **Yucaipa 92399** **(818) 395-1004** | **Male guest stated that while descending staircase from Deck 7-8 his foot slipped, lost his balance, and fell, sustaining injury to his shoulder.** |
| **5/16/2023** **Carnival *Panorama*** **Deck 3 Aft Staircase #60** | **Alejandra Samaniego** **10365 Campo Rd** **Spring Valley CA** **(619) 757-7323** | **Female guest stated that while descending staircase she stepped on food that was on the last step, slipped, and twisted her foot sustaining injury.** |
| **5/19/2023** **Carnival *Panorama*** **Deck 3-4 Fwd Staircase #270** | **Roy Abadi** **10434 Renoa Ave** **South Gate 90280** **(562) 895-6619** | **Male guest stated that while descending staircase he missed 7th step and fell backwards hitting his head and sustaining injury.** |
| **5/19/2023** **Costa *Firenze*** **Deck 1-2 Passenger Staircase** | **Chiara Ponsanesi** **Strada Di Carone 61** **Terni, Italy** | **Female guest stated that while descending the forward passenger stairs she misjudged a step, twisting her right foot and fell down the stair landing platform, sustaining injury.** |
| **5/22/2023** **Carnival *Horizon*** **Deck 2 Aft Staircase #60** | **Brenda Page** **406 Sycamore Dr** **Wamego 66547** **(785) 456-5215** | **Intoxicated female guest stated while descending the aft lobby she fell and landed into landing area sustaining injury to head.** |
| **6/12/2023** **Carnival *Horizon*** **Deck 7 Fwd Staircase #270** | **Colton Ashworth** **157 Mt Fair Ave** **Brooksville 34601** **(937) 481-0945** | **Male guest stated while he was descending staircase he missed the step and twisted his left ankle sustaining pain.** |
| **6/12/2023** **Carnival *Vista*** **Deck 9 Mid Staircase #160** | **Mary Mendez** **13122 Joliet St** **Houston 77015** **(832) 260-2410** | **Female guest stated that while descending staircase she slipped on 1st step, lost balance, and fell down, sustaining injury.** |
| **6/16/2023** **Costa *Firenze*** **Deck 3-4 Passenger Staircase** | **Pirkko Hyvaerinen** **Puolalanpuisto 2 A 44** **Turku, Finland** | **Female guest stated that while descending the aft passenger stairs she lost her balance and fell on the lobby of the stairs.** |
| **6/20/2023** **Costa *Firenze*** **Deck 9 Passenger Staircase** | **Sonja Tove Boll** **Liselund 43** **Stoholm, Denmark** | **67 year old female guest stated that while descending the forward stairs she was not holding handrail, missed a step and fell forward onto the stairs, sustaining injury.** |
| **6/21/2023** **Carnival *Venezia*** **Deck 9 Mid Staircase #160** | **E.Q. (minor)** **28 Grimmauld Pl** **Sidney, ME 04330** **(207) 458-8482** | **Mother of teenager guest stated her son was running up stair #270 with formal shoes from Deck 11 to Deck 12 and slipped on one of the steps of the staircase, hitting his chin on the edge of the steps.** |

| | | |
|---|---|---|
| 6/24/2023<br>Carnival *Horizon*<br>Deck 9 Mid<br>Staircase #160 | Sergio Rodriguez<br>Chaple<br>13925 SW 179th ST<br>Miami 33177<br>(786) 238-9953 | Male guest stated that while descending the staircase his right foot slipped on an anti-skid strip and he fell on the right side, sustaining injury. |
| 6/24/2023<br>Carnival *Venezia*<br>Deck 10 Mid<br>Staircase #160 | Linda Richards<br>494 Sheffield Ave 6H<br>Brooklyn, NY 11207<br>(347) 731-7681 | Female guest stated that while walking/descending Deck 10 staircase #160 she slipped on the first step and sustained injury to her left arm and thumb. |
| 6/24/2023<br>Costa *Firenze*<br>Deck 3-4 Passenger<br>Staircase | Caterina Dettori<br>Via Pertini Frazione<br>Nuraxi Figus 27C<br>Gonnesa, Italy | 74 year old female guest stated that while descending the stairs she overlooked her footstep, missed one step, and twisted her foot on the landing, sustaining injury. |
| 6/27/2023<br>Carnival *Horizon*<br>Deck 8 Fwd<br>Staircase #270 | Camden Warren<br>7041 Richlands Hwy<br>Richlands 28574<br>(910) 382-4172 | Male guest stated that descending the staircase he misplaced his foot and rolled his left ankle, sustaining injury. |
| 6/29/2023<br>Carnival *Panorama*<br>Deck 7-8 Fwd<br>Staircase #270 | Diane Mooneyham<br>2572 Poe Ave<br>Clovis 93611<br>(559) 974-8604 | Female guest stated that while descending the staircase she tripped on her own high heel on the third step and fell forward, sustaining injury. |
| 7/15/2023<br>Costa *Firenze*<br>Deck 2-3 Passenger<br>Staircase | Kyungtaek Kim<br>Bialej Floty 4a4<br>Warsaww, Democratic People's Republic of Korea | Male guest stated that while he was descending the staircase with a group of friends, they were conversing and he misjudged the first step of staircase, and twisted his foot sustaining injury. |
| 7/19/2023<br>Costa *Firenze*<br>Deck 10 Mid<br>Passenger Staircase #160 | David Stowell<br>125 Chatham Place<br>Lansdale, PA 19446<br>(484) 392-3022 | Male guest stated that while descending staircase #160 from Deck 10 to Deck 9, with a food plate in one hand and a coffee cup in the other hand, he slipped on one of the steps, and fell backward sustaining injury to his back. |
| 7/21/2023<br>Carnival *Panorama*<br>Aft Staircase #60 | Juana Avolio<br>1350 E. San Bernardino Rd. 235<br>West Covina 91791<br>(626) 208-7390 | Female guest stated that she fell on stair #60 and landed on carpet floor between Deck 3 and 4 aft. |
| 7/30/2023<br>Carnival *Vista*<br>Deck 5 Aft Staircase #60 | Katherine Martinelli<br>23118 Regal Isle Ct<br>Katy 77494<br>(281) 302-8120 | Female guest stated that while descending staircase her left foot tripped on steps and she twisted her ankle, landing on buttocks, sustaining injury. |

14

| | | |
|---|---|---|
| 8/11/2023<br>Carnival *Vista*<br>Deck 10 Aft<br>Staircase #60 | Karen Richardson<br>6301 Grovenburg Rd<br>Lansing 48911<br>(517) 202-6160 | Female guest stated while descending staircase her left foot slipped and she lost balance and tumbled down staircase, sustaining injury. |
| 8/13/2023<br>Carnival *Horizon*<br>Deck 4 Aft<br>Staircase #60 | W. B. (minor)<br>7 Hickory Lane East<br>Woodstown 08098<br>(856) 207-0225 | Minor male guest stated that while hopping down guest staircase he stepped on an unattended metal nail which punctured his foot, sustaining injury. |
| 8/23/2023<br>Carnival *Horizon*<br>Deck 5 Fwd<br>Staircase #270 | Carlene Hunt<br>425 NE 159 St<br>Miami 33162<br>(305) 467-4403 | Female guest stated that while ascending the staircase, due to ship movement, she lost balance and fell forward, sustaining injury. |
| 8/24/2023<br>Carnival *Panorama*<br>Mid Staircase #160 | Susan Hardwick<br>415 NW Sheffield Cir<br>Port St. Lucie 34983<br>(909) 418-8652 | Female guest stated that while descending staircase she tripped on her own feet and fell backwards, landing on floor. |
| 8/27/2023<br>Carnival *Venezia*<br>Mid Stair #160 | Kristopher Sauza<br>504A Lisk Ave<br>Staten Island, NY<br>(718) 761-5516 | Male guest stated that while descending staircase #160 from Deck 10 to Deck 9 he slipped on a wet stair and sustained injury to his left ankle, elbow, and back. |
| 8/29/2023<br>Carnival *Vista*<br>Deck 4-5 Mid<br>Staircase #160 | Derrick Jones<br>4002 Providence Dr.<br>Garland 75043<br>(214) 280-4372 | Male guest stated that while descending staircase his foot slipped, lost his balance, and fell, sustaining injury |
| 9/1/2023<br>Carnival *Horizon*<br>Deck 9 Mid<br>Staircase #160 | Israel Torres Reyes<br>6791 Canterbury Dr<br>Huntington Beach 92647<br>(714) 376-7232 | Male guest stated while descending staircase he slipped and fell onto his back, sustaining injury. |
| 9/2/2023<br>Carnival *Horizon*<br>Deck 9-10 Mid<br>Staircase #160 | Tanya Johnson Thomas<br>111 Edgefield Dr<br>Elyria 44035<br>(216) 554-4867 | Male guest stated while descending staircase she slipped and fell sustaining injury to her left elbow and hip. |
| 9/3/2023<br>Carnival *Venezia*<br>Deck 3-4 Aft<br>Staircase #60 | Hossien Kazemi<br>33 Maple Ave<br>Greenwich 06830<br>(203) 253-6855 | Male guest stated while descending staircase he fell from one of the steps into the landing area, sustaining injury to eyelid. |
| 9/6/2023<br>Costa *Firenze*<br>Passenger Staircase<br>Unknown Deck | Sergio Espinosa Hontanar<br>C Atenas Num 39<br>San Fernando De Henares, Spain | Male guest stated that while ascending one of the internal staircases he stumbled over a step and twisted his ankle, sustaining injury. Investigation and guest could not |

| | | |
|---|---|---|
| | | determine which deck this occurred on. |
| 9/8/2023<br>Carnival *Venezia*<br>Deck 5-6 Fwd Stair #270 | Regina Bunn<br>17800 East Bolder Rd Apt 311 B<br>Independence, MO 64055<br>(816) 686-6869 | Guest claimed that while descending stair #270 from Deck 6 to Deck 5, her shoe came off, and she fell from the first step to the mid landing area between Deck 6 and 5 and sustained a laceration on her forehead and a bump on her head. |
| 9/9/2023<br>Carnival *Vista*<br>Deck 4 Fwd<br>Staircase #270 | Mary Johnson<br>1081 Old River Road<br>Starks, LA<br>(337) 287-3886 | Female guest stated that while descending staircase she tripped on first step falling forward and sustaining injury. |
| 9/20/2023<br>Carnival *Vista*<br>Deck 3-4 Fwd<br>Staircase #270 | Sandra Thomas<br>4160 S Frank Dr<br>Tucson 85735<br>(520) 419-1942 | Female guest stated while descending staircase she missed 2 steps and fell into landing area, sustaining injury. |
| 9/23/2023<br>Costa *Firenze*<br>Deck 2-3 Passenger Staircase | Giuseppa Latina<br>Via Toscanini 47<br>Carlentini, Italy | Female guest stated that while descending Deck 3 staircase she misjudged her foot and got off balance, falling and striking her hand on carpeted floor. |
| 10/13/2023<br>Carnival *Vista*<br>Deck 4 Aft Staircase #60 | C. W. (minor)<br>21007 Albany Park Ct<br>Spring 77379 | Father of minor guest stated that while exiting Limelight Lounge, he slipped on a wet spot on tiled floor and fell backwards, sustaining injury. |
| 11/14/2023<br>Costa *Firenze*<br>Deck 5 Passenger Staircase | Gertrude Rimlinger Schwartz<br>10 Rue Des Ecoles<br>Bliesguersviller, France | 71 year old female guest stated that while descending a guest staircase she made an improper posture of her body, causing her to suddenly jerk and feel a jolt in her left foot, sustained injury. |
| 11/15/2023<br>Carnival *Horizon*<br>Deck 4-5 Mid<br>Staircase #160 | Wanda Ingram<br>1026 Da Vinci St<br>Durham 27704<br>(919) 218-0781 | Female guest stated that while descending staircase, holding a coffee in her hand and a plate of donuts in the other, her right foot got tangled with her pants, she jumped to avoid injury and ultimately fell, sustaining injury. |
| 11/15/2023<br>Carnival *Vista*<br>Deck 9-10 Fwd<br>Staircase #270 | Paul Peralta<br>23764 Cranbrooke Dr<br>Novi 48375<br>(248) 881-0822 | Inebriated male guest stated he slipped down the 2nd step and landed in the landing area, sustaining injury. |
| 12/3/2023<br>Carnival *Vista* | Judith Lemieux<br>18604 Oak Way Dr | Female guest stated that while walking towards bar, she slipped in |

| | | |
|---|---|---|
| **Deck 5 Mid Staircase #160** | **Hudson 34667 (727) 237-6885** | the middle of stairs and fell backwards, sustaining injury. |
| **12/6/2023 Carnival *Vista* Deck 0 Fwd Staircase #270** | **Peter Michaud 5049 Shore Line Dr Polk City 33868 (863) 670-9070** | Male guest stated that while descending the staircase, he missed the last step of the bottom and twisted his ankle, sustaining injury. |
| **12/12/2023 Carnival *Vista* Deck 8-9 Aft Staircase #60** | **Quendell Etheridge 803 Waco Ct Hampton 23669 (757) 303-1663** | Male guest stated that while descending staircase he slipped on second step and landed on his buttocks, sustaining injury. |
| **12/14/2023 Carnival *Venezia* Stair #160** | **Dedra Wright 285 Old Rt 66 Averill Park, NY (318) 488-1074** | Female guest stated that she tripped on one of the steps on staircase #160 and fell forward, sustaining injury to her right elbow and right knee. |
| **12/19/2023 Carnival *Venezia* Deck 3 Fwd Staircase #270** | **Agathe Labossiere 98 Maryton Road White Plains, NY (646) 726-2196** | Female guests stated while descending stair #270 from Deck 3 to Deck 2 and slipped on one of the steps and fell forward, sustaining injury to her right knee. |
| **12/23/2023 Carnival *Vista* Deck 3-4 Fwd Staircase #270** | **Cynthia Payne 2890 Cherokee Apt 1 Waterford 48328 (248) 867-2148** | Female guest stated her sister descended the staircase, apparently missed the last step and fell backwards, but doesn't know how she fell. |
| **12/25/2023 Carnival *Horizon* Deck 12 Fwd Staircase #270** | **Kara Messinese 55 Pine Ridge Rd Springfield 05156 (785) 766-5859** | Female guest stated that while descending staircase her fingers got jammed in between gap of handrail, causing injury. |
| **12/30/2023 Costa *Firenze* Deck 6 Passenger Staircase** | **Michela Bertazzo Via Fiume n34 Sanremo, Italy** | Female guest stated that while descending the Deck 6 stairway she misjudged her foot on the last step and twisted her right ankle, sustaining injury. Investigation showed that she was wearing shades and using her mobile phone during her fall. |
| **1/1/2024 Carnival *Venezia* Stair #160** | **Rana Jawad PO Box 32271 Louisville, KY 40232 (619) 607-6666** | Female guest stated while ascending staircase she tripped on the 3rd step from bottom and while attempting to break her fall, she tried to hold the handrails. Her left hand little finger fit against the wooden frame of the wall. |
| **1/3/2024 Carnival *Vista*** | **Jayten Buniger 1866 J Rd Unit C Fruita 81521** | Male guest stated while descending staircase he slipped on one of the steps, fell and sustained injury. |

17

| | | |
|---|---|---|
| Deck 10 Aft Staircase #60 | (970) 623-6413 | |
| 1/6/2024 Carnival *Venezia* Deck 9 Stair #160 | Stephanie Kiouressis 11519 60th Place Kenosha, WI 53142 (262) 344-4159 | Female guest stated that while descending staircase #160 from Deck 10 she slipped and twisted her left ankle on the landing area of Deck 9, fell sideways and hitting her buttock on the carpet floor, sustaining injury. |
| 1/7/2024 Carnival *Vista* Deck 4-5 Fwd Staircase #270 | Courtney Cowan 707 Mitchell Ave New Madrid, MO (573) 521-8427 | Female guest stated while descending staircase with suitcases in hand, she slipped and landed on the carpet floor, sustaining injury. |
| 1/8/2024 Carnival *Horizon* Deck 3 Fwd Staircase #270 | Crystal Miller 9208 Honeysuckle Dr Easton 21601 (410) 200-6226 | Female guest stated that while ascending the staircase she tripped on the 4th bottom stair, fell forward, and sustained injury. |
| 2/3/2024 Carnival *Horizon* Deck 5 Aft Staircase #60 | James McDermott Jr. 14314 Ulysses Dr Hudson 34667 (702) 762-8360 | Male guest stated that while descending staircase he missed last step and fell backwards, sustaining injury. |
| 2/3/2024 Carnival *Panorama* Deck 3 Fwd Staircase #270 | Ricardo Peixoto 1845 Magnolia Ave 49 Costa Mesa 92627 (714) 331-6489 | Male guest stated that while descending staircase using a cane, he lost balance on 3rd step from top and fell onto stair, sustaining injury. |
| 2/5/2024 Carnival *Horizon* Deck 4-5 Mid Staircase #160 | La Scott 2209 Diane Dr Birmingham 35235 (205) 243-3484 | Female guest stated while descending stairs she missed a step, lost her balance, and fell forward, sustaining injury. |
| 2/5/2024 Carnival *Horizon* Deck 8-9 Stair #270 | Jonathan Evans 3953 SW Bruner Ter Palm City 39440 (313) 469-4425 | Male guest stated that while ascending staircase he tripped on his own feet and fell forward, dislocating shoulder. |
| 2/11/2025 Carnival *Venezia* Deck 4 Mid Staircase #160 | Loretta Smith 1 Fr. Finian Sullivan Dr 13G Yonkers 10703 (914) 329-6362 | Female guest stated that while descending staircase she lost balance when stepping and fell forward, sustaining injury. |
| 3/2/2024 Carnival *Panorama* Deck 3 Mid Staircase #160 | Gary Green 308 3009 Brittany Dr Victoria (250) 812-0834 | Male guest stated that while descending staircase and carrying a bag in his right hand he missed/tripped on 1st step from top and fell sustaining injury. |
| 3/5/2024 Carnival *Vista* Deck 4-5 Mid Staircase #160 | Joel Morse 12 Fellows Mill Rd Belmont 03220 (603) 731-6858 | Male guest stated that while ascending staircase his left foot tripped on last step and caused him to |

18

|  |  | lose balance and fall, resulting in injury. |
| --- | --- | --- |
| 3/18/2024<br>Carnival *Vista*<br>Deck 8-9 Mid<br>Staircase #160 | Brett Standland<br>500 Manchester Rd<br>Fort Walton Beach<br>32547<br>(850) 419-7748 | Male guest stated that while heading back to cabin after collecting food from restaurant he slipped on last step from bottom of staircase, fell and sustained injury. |
| 3/20/2024<br>Carnival *Panorama*<br>Deck 10-11 Aft<br>Staircase #60 | Nicholas Flocchini<br>11303 Beach Street<br>Cerritos 90703<br>(562) 213-8314 | Male guest stated that while descending staircase he slipped on the steps and fell forward, sustaining injury to foot. |
| 3/31/2024<br>Carnival *Horizon*<br>Deck 5 Aft Staircase #60 | Kathleen Wilkins<br>23 Nelson Maine<br>Carrollton 23314<br>(757) 870-5140 | Female guest stated while descending staircase her sandal heel got caught in anti skid strip and caused her to fall, sustaining injury. |
| 4/6/2024<br>Carnival *Venezia*<br>Deck 10-11<br>Staircase #270 | Leonora Harris Bass<br>17006 Baisley Blvd<br>Apt 6D<br>Jamaica 11434<br>(718) 810-1981 | Female guest stated that while descending staircase she suddenly lost balance and fell on her right side, sustaining injury. |
| 4/19/2024<br>Carnival *Vista*<br>Deck 1-2 Mid<br>Staircase #160 | Nickolas Miller<br>157 Marina Cir<br>Jackson 30233<br>(770) 862-6732 | Male guest stated that minor guests were knocking on doors and fleeing so he chased the minor guests, leaped over staircase from Deck 2 to Deck 1 and sustained injury. |
| 4/19/2024<br>Carnival *Vista*<br>Deck 7 Mid<br>Staircase #160 | Melissa Franolich<br>1574 Mill Slough Rd<br>Kissimmee 34744<br>(202) 431-3639 | Female guest stated while leaving theater and descending passenger staircase, her ankle twisted on the last step and caused her to fall, sustaining injury. |
| 4/22/2024<br>Carnival *Panorama*<br>Deck 4-5 Fwd<br>Staircase #270 | Sharon Stuart<br>90 S 500 W<br>Wellington 84542<br>(435) 650-2734 | Female guest stated while ascending staircase she miscalculated and hit her big toe on edge of step, sustaining injury. |
| 6/4/2024<br>Carnival *Firenze*<br>Deck 5 Aft Staircase #60 | Gloria Ramirez Pulcini<br>250 W. Central Ave.<br>1002<br>Brea 92821<br>(562) 774-7557 | Female guest stated that while descending the staircase she missed a step which resulted in injury. |
| 6/9/2024<br>Carnival *Panorama*<br>Deck 6 Fwd<br>Staircase #270 | Jodi Johnson<br>14737 Tennessee Ct<br>Fontana 92336<br>(909) 240-1953 | Female guest stated while ascending staircase she hit her left big toenail on edge of staircase and then an unknown teenager kicker her foot resulting in toe nail being peeled off. |
| 6/10/2024<br>Carnival *Firenze* | Z. E. (minor)<br>714 Costa Del Sur | Guest claimed that she tripped on the 2nd or 3rd step from the bottom on |

| Deck 3-4 Fwd Staircase #270 | San Marcus, CA 92078 (760) 799-2609 | staircase #270 and fell forward on the carpet floor, hitting her head. |
|---|---|---|

11.     Do you, the Defendant, currently maintain the video(s) from the surveillance and/or security cameras for the time, date, and location of the subject incident , including 12 hours before and 12 hours after?  Please provide the following information:

   a.  The location of the surveillance and/or security cameras on the ship;
   b.  Full name, address, email address, telephone number, title, and ship assignment for the person who was responsible for maintaining and preserving the surveillance and/or security cameras identified in this interrogatory on the subject ship at the time of the subject incident; and
   c.  If you, the Defendant have not maintained the video of the incident in this case, describe the circumstances under which the Defendant failed to preserve the videotapes, including the date of the destruction of the evidence.

**SUPPLEMENTAL ANSWER:     Pursuant to this Court's ruling during the discovery hearing on March 5, 2026, Defendant supplements this answer as follows:**

**a.     A CCTV camera was located on Deck 10 Forward near and with coverage of Staircase #270.**

**b.     The *Venezia* Chief Security Officer and the onboard security department are responsible for maintaining and preserving CCTV footage for injuries deemed reportable by the onboard medical team. The Chief Security Officer onboard the *Venezia* on June 12, 2024 was:**

> **Nelson Joaquim Dcunha**
> **Chief Security Officer**
> **c/o Carnival Corporation**
> **Currently onboard Carnival *Magic*, scheduled to sign off August 8, 2026.**

**c.     Video of the subject incident was not maintained in this case. The shipboard physician who provided medical care and treatment to Ms. Dalfino as a result of the subject incident, Ship Physician Dr. Abhik Saha, considered Ms. Dalfino's alleged injury to require only first aid and therefore was non-reportable to the onboard security department. Specifically, on June 12, 2024, Ms. Dalfino reported right shoulder pain to Dr. Saha but she presented with full range of motion for the right shoulder. Full range of motion clinically ruled out the need for an x-ray and was more indicative to Dr. Saha of a soft tissue injury. Dr. Saha prescribed anti-inflammatory medication and a sling to assist in Ms. Dalfino's recovery. During a follow up visit on June 17, 2024, Dr. Saha again found no evidence of a skeletal injury, no clinical need for an x-ray, and administered pain medication. Pursuant to Carnival's onboard investigation**

20

**policy, only injuries that require medical treatment beyond first aid require an accident report, investigation, and preservation of CCTV footage by the security department. Given that the injury was deemed non-reportable by Dr. Saha, no onboard security investigation was undertaken, and no CCTV footage was preserved. Video footage is only available for review within thirty (30) days.**

15.     In regard to the stairway on which the Plaintiff fell, please provide the following information:

a. Describe in detail the type of materials each part of the stairway at the fall site was made out of (for example, carpet, metal, plastic, rubber, etc.);

b. Date of the original installation of such flooring;

c. Whether the defendant customized or added anything to the stairway after installation, and if so, describe in detail what was added and the date(s) it was added; and

d. Describe in detail any coating, re-carpeting, resurfacing or other changes or modification made to the floor at any time from the date of this incident through on which these interrogatories answers are answered.

**SUPPLEMENTAL ANSWER:      Pursuant to this Court's Order ruling during the discovery hearing on March 5, 2026, Defendant supplements this answer as follows:**

**a.      Carpet, aluminum, and rubber. See attached document, bates stamped as CCL000862 through CCL000953, regarding all specifications in Defendant's possession pertaining to these materials.**

**b.      The materials were installed by the shipyard prior to delivery of the *Venezia* to Costa Crociere in 2019.**

**c.      No.**

**d.      None.**

**ACKNOWLEDGEMENT AND VERIFICATION OF
SECOND SUPPLEMENTAL ANSWERS TO
PLAINTIFF'S INTERROGATORIES**

Pursuant to 28 U.S.C. S 1746(2), I declare under penalty of perjury that while I do not have personal knowledge of all the facts recited in the foregoing Second Supplemental Answers to Plaintiff's First Set of Interrogatories, the information contained therein has been collected and made available to me by others, and said Answers are true and correct to the best of my information, knowledge and belief based upon the information made available to me and therefore the foregoing Answers are verified on behalf of Carnival Corporation.

**Dated: March** __19__, 2026

By:_____
      **Monica Borcegue**
      Guest Claims Manager
      On Behalf of Carnival Corporation