**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

Case No.: 1:25-cv-22602-RUIZ/Louis

At Law and in Admiralty

NANETTE DALFINO,

      Plaintiff,

vs.

CARNIVAL CORPORATION,

      Defendant.

_____/

### PLAINTIFF'S ANSWERS TO DEFENDANT'S INITIAL INTERROGATORIES

COMES NOW the Plaintiff, NANETTE DALFINO, by and through her undersigned counsel, hereby answers Defendant, CARNIVAL CORPORATION's Initial Interrogatories as follows:

1. What is the name and address of the person answering these interrogatories, and if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

   **Answer:** Nannette Theresa Dalfino,

2. State all addresses where you have lived for the past ten (10) years and the dates lived at each address.

   **Answer:** I resided at 6 from November, 1999 through May, 2025.  From May, 2025 to present I reside at ███████████████████████.

3. Were you suffering from any physical infirmity, disability or sickness within one (1) month prior to the subject Cruise? If so, what was the nature of the infirmity, disability, or sickness and for how long of a period of time had it persisted? If treatment was sought, please state the name, present or last known address and telephone number of the attending physician and/or medical center which provided treatment.

   **Answer:** I was not suffering from any physical infirmity, disability or sickness within one (1) month prior to the subject cruise.

10800 Biscayne Blvd. · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

4. Describe in detail, each act or omission on the party of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question, including but not limited to, exactly what you contend that the shipboard medical staff should have done during the time period in question in order to have met the applicable standard of care.

**Answer:** The defendant, servants, agents and/or employees failed in its ownership, operation, control, maintenance, management and repair of their cruise ship, more particularly its ship known as The Venezia (hereinafter referred to as "cruise ship") in that they failed to repair/replace the broken/lifted rubber nosing on the steps of the staircases within its cruise ship; failing to maintain the staircase steps of its cruise ships; in allowing the rubber nosing on the steps of the staircases within its cruise ship to remain broken/lifted for an unreasonable amount of time; in allowing the steps of the staircases on their cruise ship to become wet; in allowing the steps to remain wet for an unreasonable amount of time; in failing to attempt to eliminate and/or reduce the water gathered on the carpets of their cruise ship, more particularly the steps of its staircases; in allowing for a dangerous and hazardous condition to remain on its cruise ship; in failing to repair dangerous and hazardous conditions on its cruise ship; in failing to warn of the dangerous condition; in failing to offer x-ray testing to plaintiff; in failing to report the subject incident to the security office of its cruise ship.

5. Describe in detail all actions taken by you, your family member(s) and/or your traveling companion(s) to prevent the incident.

**Answer:** I took every precaution within my power to keep myself safe and free of mishaps/accidents while on the subject cruise ship.

6. Did you consume any alcoholic beverage or take any drugs or medications within 12 hours before the time of the incident described in the complaint? If so, state the type and amount of alcoholic beverages, drugs, or medication which were consumed, and when and where you consumed them.

**Answer:** Objection, irrelevant, overbroad, invades privacy rights of Plaintiff. Without waiving said objections, I did not take any alcohol or illegal drugs, or any medications that would affect my ability to function normally.

7. State the names, addresses and telephone numbers of all witnesses who have knowledge of any matters concerning this case, and for each such witness, provide a summary of his/her knowledge.

**Answer:** I am aware of the following witnesses:

Rosemarie Montefusco, 480 Bara Street, Brick, New Jersey 08723. She has knowledge of the subject incident and my damages.

Diane Dady, 40 Calvert Avenue, Ronkonkoma, New York 11779. She has knowledge of the subject incident and my damages.

2

8. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time and substance of each statement.

   **Answer:** I was told by a security guard, name unknown, that the doctor's office was the entity that would make the determination as to whether or not an official report of the accident would be taken.

9. Describe each injury for which you are claiming damages in this case, specifying the part of the body that was injured; and, as to any injuries you contend are permanent, the effects on your injury that you claim are permanent.

   **Answer:** As a result of the subject fall, I have suffered the following injuries:

   **Right Shoulder**
   Arthroscopy, Debridement, Bursectomy, Synovectomy and Chondroplasty;
   Rotator Cuff Tear;
   Labral Tear;
   Glenohumeral Chondral Injury;
   Post-Traumatic Bursitis;
   Post-Traumatic Synovitis;
   Supraspinatus Tendinosis with low-grade interstitial tear in the critical zone;
   Infraspinatus Tendinosis;
   Subscapularis Tendinosis;
   Thickening Of The Inferior Glenohumeral Ligament which can be seen with adhesive capsulitis or scarring from tear;
   Capsular Hypertrophy and Synovitis at the margins of the acromioclavicular joint, the acromion has a lateral downslope;
   Subacromial/Subdeltoid Bursitis;
   Right Shoulder Derangement;
   Pain, Tenderness And Restriction Of Movement;

   **Left Wrist/Hand**
   Traumatic Volar Instability Of Distal Radial Ulnar Joint (Druj);
   Basal Joint Radial Instability;
   Midcarpal Instability, Positive Midcarpal Shift Test;
   Tear Of The Radial Attachment Of The Triangular Fibrocartilage Complex (Tfcc);
   Tear Of The Lunotriquetral Ligament;
   Prominent Ganglion Cyst Volar To The Radius/Scaphoid Joint;
   Tendinosis Of The Extensor Carpi Ulnaris Tendon In The
   Ulnar Styloid Groove;
   Tenosynovitis of the First Extensor Compartment Compatible with Mild Dequarvain's Tenosynovitis;
   Tenosynovitis Of The Extensor Carpi Radialis Brevis And Longus Tendons;
   Bowing Of The Flexor Retinaculum With Increased Signal To Median Nerve, which can be seen with Carpal Tunnel Syndrome;
   Dysfunction Of Median, Ulnar, And Radial Nerve;
   Dysfunction At The Trapezial Area Of The Left Wrist;

10800 Biscayne Blvd. · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

Positive Tinels Test At Superficial Radial Nerve At The
Juncture And Middle-Thirds Of The Forearm;
Positive Tinels Test At Dorsal Branch Of The Ulnar Nerve;
Ulnar Neuropathy;
Injection Into Midcarpal Joint;
Numbness And Paresthesias In The Distribution Of The
Superficial Radial Nerve;
Numbness In The Distribution Of The Dorsal Branch Of The
Left Ulnar Nerve;
Painful Clicking And Clunking;
Pain, Tenderness, Weakness And Restriction Of Movement;
Significant Loss Of Grip And Pinch Strength;
Traumatic Sprain;
Traumatic Sprain Of The Basal Joint;
Use Of Splint/Brace/Widget;

**Coccyx/Tailbone**
Non-Displaced Fracture Of The Second Coccygeal Segment;
Sacrococcygeal Disorders;
Pain, Tenderness And Restriction Of Movement;

**Left Hip**
Tear Of The Anterior Superior Labrum;
Left Greater Trochanteric Bursitis;
Cartilage Loss And Marrow Edema In The Anterior Superior Acetabulum;
Pain, Tenderness And Restriction Of Movement;

**Lumbar Spine**
Three Lumbar Epidural Sterior Injections With Epidurogram
L1-2 Central Herniation With Thecal Sac Impingement;
L2-3 Broad-Based Disc Herniation With Annular Tear With Thecal Sac
Impingement with a Bilateral Foraminal Impingement;
L4-5 Right And Left Foraminal Herniation With Bilateral Impingement More
Prominent Left On The Right;
L5-S1 Central Herniation With Annular Tear With Thecal Sac Impingement and
Disc Bulge With Bilateral Foraminal Impingement;
T-11-12 And T12-L1 Left Paracentral Herniation With Thecal Sac Impingement;
Urinary Urge Incontinence Requiring Use Of Adult Diapers;
Radiculopathy;
Dyspareunia – Painful Sexual Intercourse;
Pain, Numbness And Tingling In Both Legs;
Spasms;
Pain, Tenderness And Restriction Of Movement.

10. Have you ever been injured from any medical problems in the same area of his
body that you identified in Interrogatory No. 9 above? If so, list the areas, injuries
or problems, when the injuries occurred, and when those problems first arose
and reason/cause for same?

**Answer:** I am claiming an exacerbation and worsening of a prior injury to my

4

back.  I was involved in a motor vehicle accident on May 18, 2013 wherein my motor vehicle was struck in the rear end by another motor vehicle that was initially struck by another motor vehicle.

11. List the names and business addresses of each physician, medical facility or other health care provider who has treated or examined you for the injuries for which you seek damages in this case; and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated and whether you have any pending appointments.

**Answer:** I have been treated by the following providers as a result of the subject incident.

Carnival *Venezia* Medical Center

Dr. Maxim Tyorkin, 116-15 Queens Boulevard, Forest Hills, N.Y. 11373
Injuries: Right Shoulder, Left Wrist, Left Hip and Back
Medical treatment from 7/3/2024 to present and is ongoing on a follow-up basis

Joshua T. Mitgang, M.D., 444 Merrick Rd, Lynbrook, NY 11563
Injuries: Examined me after incident and gave me a shot in my right shoulder.

Best Care PT & Chiro, PLLC., 116-15 Queen Boulevard, Forest Hills, N.Y. 11373
Injuries: Right Shoulder, Left Wrist, Left Hip and Back
Medical treatment was terminated due to my move to Long Island, N.Y. on 4/15/25

Dr. Fenig, Triboro Spine & Joint Medicine, 305 7th Avenue, N.Y., N.Y. 10001
Injuries: Back – Lumbar Spine
Medical treatment from 11/21/24 to present and is ongoing

Dr. S. Leonard Edelstein, 176-60 Union Turnpike, Fresh Meadows, N.Y. 11366
Injuries: Left Wrist
Medical treatment from October 9, 2024 to June 25, 2025

Dr. Ignatius Roger, 28-25 Jackson Avenue, Long Island City, N.Y. 11101
Injuries: Left Wrist
Medical treatment from September 24, 2025 and is ongoing

Lenox Hill Radiology, 88-12 Queens Boulevard, Elmhurst, N.Y. 11373
Injuries: Right Shoulder, Left Wrist, Left Hip, Pelvis and Back
Medical treatment on July 15, 2024, August 20, 2024 and September 21, 2024

Dr. Jadie De Tolla, NYU Langone Ambulatory Care Bay Ridge, 6740 4th Ave, Brooklyn, NY 11209.

Orthoflex Physical Therapy, 158-03 91st St, Howard Beach, NY 11414.

Fifth Avenue Surgery Center, 305 East 47th St, New York, NY 10017.

5

12. List the name and business addresses of all other physicians, medical facilities or other health care providers by whom or at which you have been examined or treated in the past ten (10) years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

    **Answer:** Objection, irrelevant, overbroad, not properly limited in time and/or scope.

13. List the names and addresses of all pharmacies where you had prescriptions filled in the past ten (10) years.

    **Answer:** I filled my prescriptions relating to the aforementioned injuries at Walgreens, 80-11 Eliot Avenue, Middle Village, N.Y. 11379.

14. List the names and addresses, and policy numbers of any and all entities that you have received health insurance benefits, disability benefits, social security, and similar benefits, including any health insurance companies for which you have been insured during the past ten (10) years.

    **Answer:** My medical insurance is Magnacare, PO Box 1001, Garden City, N.Y. 11530.

15. If there is any activity that you are totally unable to do now, because of the alleged injury sustained in the incident alleged in the Complaint that you could do before the incident in suit? If so, described each such activity.

    **Answer:** I am unable to do the following due to pain or restricted movement:

    Walk/Run distances;
    Sleep a full night without waking up due to pain;
    Sit for a long time;
    Fully bend my hip and back;
    Fully raise my right arm;
    Fully reach my back with my right arm;
    Fully move my left wrist;
    Fully squat;
    Walk up more than 6 stairs without stopping;
    Type without pain or weakness;
    Lift heavy items;
    Hold anything approximately 1 pound or more with left hand/wrist;
    Have sexual relations with my husband;
    Paint (Hobby);
    Clean my house;
    Cook without assistance;
    Do laundry;
    Blow dry my hair without assistance;
    Opening jars, etc.

6

16. Have you made an agreement with anyone that would limit the party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

    **Answer:** No.

17. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the complaint, giving for each item the date incurred, the name and business address to whom each was paid or is owed and the goods and services for which each was incurred.

    **Answer:** All medical bills which I have incurred as a result of the subject incident are being provided contemporaneously with my responses to Request for Production.

18. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the complaint? If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

    **Answer:** I am not claiming a loss of earnings from the date of accident to the present date. I reserve my right to amend and supplement this demand prior to the time of trial.

19. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have a right to subrogation.

    **Answer:** My medical bills for treatment with Dr. Edelstein and Dr. Roger have been paid through my medical insurance with Magnacare, PO Box 1001, Garden City, N.Y. 11530. I do not have the total amount paid at this time. Discovery is ongoing.

20. Identify all photographs or videos that were taken of you during the subject cruise, including the name of the individual(s) who took said photographs/videos and the devices said photographs/videos were taken from.

    **Answer:** I am not in possession of any photographs/videos taken of my person during the subject cruise.

21. Identify any and all social media sites or applications in which you posted any content or images to between the dates of June 10, 2024 through June 18, 2024, including but not limited to: Tik/Tok, Facebook, Twitter, Instagram, Foursquare, YouTube, Pinterest, Tumblr, and Snapchat. If any posts or social media profiles have been deleted or deactivated since June 18, 2024, identify fully what specifically has been deleted or deactivated.

7

**Answer:** None.

22. Other than a retained expert, did anyone ever criticize any manner, method, action/inaction, or activity used by the Defendant and/or the shipboard medical staff? If so, please state for each criticism: the name, address, profession and relationship to you, if any, of the person(s) who made the criticism, the substance of the criticism, and the date(s) of the criticism.

    **Answer:** My sister, Rosemarie Montefusco, 480 Bara Street, Brick, New Jersey 08723, criticized the security guard that spoke to me regarding my incident and the manner he looked at us when we went upstairs with the customer service representative.  She said he should have taken a full report, he ignored what you were telling him and when we went upstairs with the customer service representative, he looked at us like he was shocked and really mad that we saw them fixing the stairs.

23. Please state whether you have ever been a party, either plaintiff or defendant, in a lawsuit, or ever made a claim for personal injuries, either out of court, or through workers compensation or any other proceedings, the nature of the injury involved, the date of the injury occurred, the county and state the injury occurred in, an identifying case number, and the name and address of the defendant or other person against whom the claim was made.

    **Answer:** I was a plaintiff in a lawsuit for personal injuries sustained to my left shoulder, back and neck as a result of a car accident which occurred on May 13, 2013 on the Long Island Expressway at 164th Street, Queens, New York.  The lawsuit was commenced in the Supreme Court of the State of New York, County of Queens under index number 7073/2014.  The defendant in this matter was Stephanie K. Cuoco, 27 Holiday Park Drive, Centereach, New York 11720 and Stephanie Cuoco, 5 Peacock Court, Coram, New York 11727.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was e-mailed this 18th day of November, 2025 to: All parties listed on the Service List below.

Respectfully submitted,

DANIEL W. COURTNEY, P.A.
10800 Biscayne Blvd.
Suite 700
Miami, Florida  33161
Telephone: (305) 579-0008
Facsimile: (305) 563-7055

By: s/ Daniel W. Courtney
Daniel W. Courtney, Esq.
Florida Bar No.: 499781

10800 Biscayne Blvd. · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

## SERVICE LIST

| | |
|---|---|
| **Daniel W Courtney, Esq.**<br>dc@danielcourtneylaw.com<br>Florida Bar No.: 499781<br>DANIEL W. COURTNEY, P.A.<br>10800 Biscayne Blvd., Suite 700<br>Miami, Fl 33161<br>Tel: (305) 579-0008<br>Fax: (305) 563-7055<br>*Attorney for Plaintiff* | **Michael J. Drahos, Esq.**<br>Michael.Drahos@Gray-Robinson.com<br>Florida Bar No. 0617059<br>GRAY ROBINSON, P.A.<br>515 North Flagler Drive<br>Suite 650<br>West Palm Beach, Florida 33140<br>Telephone: (561) 268-5727<br>*Co-Attorney for Defendant*<br>**W. Cooper Jarnagin, Esq.**<br>Cooper.Jarnagin@Gray-Robinson.com<br>Florida Bar No. 117767<br>GRAY ROBINSON, P.A.<br>515 North Flagler Drive<br>Suite 650<br>West Palm Beach, Florida 33140<br>Telephone: (561) 268-5727<br>*Co-Attorney for Defendant*<br>**Ashley Genoese, Esq.**<br>Ashley.Genoese@Gray-Robinson.com<br>Florida Bar No. 1019357<br>GRAY ROBINSON, P.A.<br>515 North Flagler Drive<br>Suite 650<br>West Palm Beach, Florida 33140<br>Telephone: (561) 268-5727<br>*Co-Attorney for Defendant* |

9

_____
NANETTE DALFINO

STATE OF New York )
) ss:
COUNTY OF Nassau )

Sworn to and subscribed before me this 16Th day of October, 2025, by Nannette Dalfino ___, who is personally known to me or who has produced Nys Drivers License as identification.

WITNESS my hand and official seal in the County and State last aforesaid this 16th day of October, 2025.

_____

PRINT NAME: Ira M. Scharaga

NOTARY PUBLIC

Commission Number: 02 SC 4708172

My Commission Expires: July 31, 2029

SEAL

IRA M. SCHARAGA
Notary Public, State of New York
No. 02SC4708172
Qualified in Nassau County
Commission Expires July 31, 20 29

8