**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

Case No.: 1:25-cv-22602-RUIZ/Louis

At Law and in Admiralty

NANNETTE DALFINO,

Plaintiff,

vs.

CARNIVAL CORPORATION,

Defendant.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## PARTIAL MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, NANNETTE DALFINO, by and through her undersigned attorney, and files this Response to Defendant Carnival Corporation's (hereinafter "CARNIVAL") Partial Motion for Summary Judgment [D.E. 37], and states as follows:

This is a maritime personal injury case arising from Plaintiff NANNETTE DALFINO's fall caused by a protruding anti-skid nosing on an interior forward staircase on Deck 10 of the *Carnival Venezia*, on June 12, 2024.  CARNIVAL seeks partial summary judgment on three grounds: (1) that specified breach allegations in Counts I, II, and IX are premised on a mode-of-operation theory not recognized in maritime law; (2) that Count IV (Negligent Training of Personnel) fails for lack of an identified training program and causation; and (3) that Plaintiff cannot establish actual notice of the dangerous condition as to the direct-liability counts.  Plaintiff concedes Count IV in full and concedes that the mode-of-operation sub-allegations in Amended Complaint ¶¶53(h-i), 61(h-i), and 134(e-g) may be stricken from Counts I, II, and IX.  Plaintiff does not oppose a ruling that **actual** notice has not been established.

1

10800 Biscayne Blvd · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

Those concessions, however, do not eliminate any other count or theory.  The mode-of-operation concession is paragraph-level, not count-level; Counts I, II, and IX survive on independent maintenance and structural-failure theories.  The actual notice concession is element-level, not claim-level; the governing standard under *Keefe v. Bahama Cruise Line, Inc.*, 867 F.2d 1322 (11th Cir. 1989), is actual **or** constructive notice: "[a]ccordingly, we hold that the benchmark against which a shipowner's behavior must be measured is ordinary reasonable care under the circumstances, a standard which requires, as a prerequisite to imposing liability, that the carrier have had **actual or constructive** notice of the risk-creating condition..." CARNIVAL did not challenge constructive notice, and the record establishes a genuine issue of material fact as to constructive notice.  Counts I, II, III, V, VI, VII, VIII, and IX each present genuine issues of material fact requiring trial.  To the extent Defendant disputes anything herein Plaintiff respectfully requests an opportunity to rebut.

Furthermore, Defendant's Statement of Material Facts are undisputed. WHEREFORE, Plaintiff does not object to the entry of an order granting Defendant's request for Partial Summary Judgment.

Respectfully Submitted,

**DANIEL W. COURTNEY, ESQ.**
Daniel W. Courtney, P.A.
10800 Biscayne Blvd, Suite 700
Miami, Florida, 33161
Telephone: (305) 579-0008
Facsimile: (305) 563-7055

By: s/ Daniel W. Courtney
Daniel W. Courtney, Esq.
Florida Bar No: 0499781
dc@danielcourtneylaw.com
*Attorney for Plaintiff*

10800 Biscayne Blvd · Suite 700 · Miami, FL 33161 · Tel: (305) 579-0008 · Fax: (305) 563-7055
www.danielcourtneylaw.com · dc@danielcourtneylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on the counsel of records or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/EFC or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing.

DANIEL W. COURTNEY, P.A.
10800 Biscayne Blvd
Suite 700
Miami, Florida, 33161
Telephone: (305) 579-0008
Facsimile: (305) 563-7055

By:  s/ Daniel W. Courtney
Daniel W. Courtney, Esq.
Florida Bar No: 0499781
dc@danielcourtneylaw.com

## SERVICE LIST

| **DANIEL W. COURTNEY** | **MICHAEL J. DRAHOS** |
|---|---|
| Florida Bar No: 0499781 | Florida Bar No. 0617059 |
| dc@danielcourtneylaw.com | Michael.Drahos@GrayRobinson.com |
| Maria.wright@danielcourtneylaw.com | **W. COOPER JARNAGIN** |
| tifanny@danielcourtneylaw.com | Florida Bar No. 117767 |
| Daniel W. Courtney, P.A. | Cooper.Jarnagin@GrayRobinson.com |
| 10800 Biscayne Blvd, Suite 700 | **ASHLEY GENOESE** |
| Miami, Florida, 33161 | Florida Bar No. 1019357 |
| Telephone: (305) 579-0008 | Ashley.Genoese@GrayRobinson.com |
| Facsimile: (305) 563-7055 | GrayRobinson, P.A. |
| *Attorney for Plaintiff* | 515 North Flagler Drive, Suite 650 |
| | West Palm Beach, Florida 33401 |
| | Telephone: (561) 268-5727 |
| | Facsimile: (561) 268-5745 |
| | *Attorneys for Defendant* |