**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22602-RUIZ/Louis**

**NANNETTE DALFINO,**

      Plaintiff,

v.

**CARNIVAL CORPORATION,**

      Defendant.

_____/

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO**
**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, CARNIVAL CORPORATION ("Carnival"), by and through undersigned counsel, hereby files its Reply to Plaintiff's Response [ECF No. 39] to Defendant's Motion for Partial Summary Judgment [ECF No. 37], and states as follows:

Per Plaintiff's response, Plaintiff does not object to the entry of an order granting Defendant's Motion for Partial Summary Judgment. ECF No. 39, pg. 2.

Defendant therefore respectfully requests that this Court grant Defendant's Motion for Partial Summary Judgment. ECF No. 37.

Dated: July 27, 2026

                                        GrayRobinson, P.A.
                                        515 North Flagler Drive, Suite 650
                                        West Palm Beach, Florida 33401
                                        Telephone: (561) 268-5727
                                        Facsimile: (561) 268-5745

                                    By: */s/ W. Cooper Jarnagin*
                                        W. Cooper Jarnagin
                                        Florida Bar No. 117767
                                        Michael J. Drahos

1

Florida Bar No. 0617059
Ashley Genoese
Florida Bar No. 1019357
*michael.drahos@gray-robinson.com*
*cooper.jarnagin@gray-robinson.com*
*ashley.genoese@gray-robinson.com*
*lilia.parker@gray-robinson.com*